UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michael Munger,                                       )
                                                      )
        Plaintiff, on behalf of himself               )
        And others similarly situated,                )       Case No. 16-cv-11008
                                                      )
        Plaintiff,                                    )       Judge Laurie J. Michelson
                                                      )
v.                                                    )
                                                      )
Financial Credit Service, Inc., d/b/a Asset           )
Recovery Associates, Inc. ("ARA, Inc.")               )
                                                      )
        Defendants.                                   )

_____

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES

This matter having come before the Court by Stipulation of the Parties (Docket No. 32), the Court having reviewed this Stipulation, and the Court being otherwise fully advised in the matter;

IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice and without costs to the parties.

It is so ORDERED.

                                        s/Laurie J. Michelson
                                        LAURIE J. MICHELSON
Dated: March 9, 2017                    U.S. DISTRICT JUDGE

We Stipulate and Agree to Entry of this Order:

**Michael Munger**

By: *s/Michelle Vocht*
Michelle Vocht
One of his Attorneys
Roy, Shecter & Vocht, P.C.
707 S. Eton Street
Birmingham, MI  48304
(248) 540-7660
vocht@rsmv.com


*/s/ Sean R. O'Mara*
Sean R. O'Mara
O'Mara Law Firm PC
21929 E. Nine Mile Road
St. Clair Shores, MI 48080
(586) 200-6404
seanrob3@gmail.com
*For Plaintiff*

*/s/ David S. Parnell*
David Scott Parnell
The Parnell Firm, PLLC
21929 E. Nine Mile Road
Saint Clair Shores, MI 48080
586-445-0110
David@ParnellFirm.com
*For Plaintiff*

**Financial Credit Service, Inc.,**

By: *s/John P. Ryan*
John P. Ryan
One of Its Attorneys
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
jryan@hinshawlaw.com


*/s/ Nancy K. Chinonis*
Nancy Chinonis
Cline, Cline & Griffin, P.C.
503 S. Saginaw, Suite 1000
Flint, MI 48502
810-232-3141
nchinonis@ccglawyers.com
*Local Counsel for Defendant*